UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON T. GATES,

               Plaintiff,

   v.

JOSE BRIONES, et al.,

               Defendants.

Case No. C20-536-RAJ-MLP

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING
ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's motion for a temporary restraining order (dkt. # 16) is DENIED.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 13th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY
RESTRAINING ORDER - 1