HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON T. GATES, | No. C20-536-RAJ |
| Plaintiff, | ORDER |
| v. | |
| JOSE BRIONES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's *ex parte* motion for an extension of time to file a response to the Report & Recommendation ("R&R"). Dkt. # 59. The Honorable Michelle L. Peterson issued the R&R on October 27, 2020. Dkt. # 58. The R&R ordered the parties to file any objections to the R&R no later than twenty-one (21) days after the filing of the R&R. *Id.* at 15. On October 29, 2020, Plaintiff Brandon T. Gates ("Plaintiff"), proceeding *pro se* while incarcerated, moved the Court for an extension of 40 days to respond to the R&R. Dkt. # 59 at 1. Plaintiff points to his limited access to the law library based on closures due to employee furloughs, as well as COVID-19-related restrictions. *Id.* at 1-3.

A court may, for good cause, extend the time by which an act must be done if a

ORDER – 1

request is made before the original time expires. Fed. R. Civ. P. 6(b). According to Local Rule 7(j), "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," unless the motion is based on a "true, unforeseen emergency." Local Rules W.D. Wash. LCR 7(j). Here, Plaintiff provides good cause for an extension of time to file his response based on his limited ability to access legal resources. He also filed his request promptly, with sufficient time in advance of the deadline to allow the Court to rule on the motion. The Court therefore **GRANTS** Plaintiff's motion for an extension of time to 40 days from the date of this Order to file any objections to the Report and Recommendation. Dkt. # 59.

DATED this 3rd day of November, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2