UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON T. GATES, | |
| Plaintiff, | Case No. C20-536-RAJ-MLP |
| v. | ORDER OF DISMISSAL |
| JOSE BRIONES, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, all objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Defendants' motion for summary judgment (Dkt. # 33) is GRANTED, and this action is DISMISSED. Plaintiff's first and second claims, as identified in his complaint (Dkt. # 6), are dismissed with prejudice. Plaintiff's third claim is dismissed without prejudice for failure to exhaust administrative remedies;

(3) Plaintiff's motion for service of subpoena (Dkt. # 54) is DENIED as moot; and

ORDER OF DISMISSAL - 1

(4)   The Clerk is directed to send copies of this Order to the parties.

DATED this 22nd day of December, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2